**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Laketaya W. ABDULLAH, a.k.a. Lisa,**
**a.k.a. Baby Doll, Defendant–**
**Appellant.**

**No. 08–16180**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 11, 2009.

Laketaya W. Abdullah, Tallahassee, FL, pro se.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee.

Before: BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Laketaya W. Abdullah in this appeal from the district court's denial of Abdullah's motion to reduce her sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under § 3582(c)(2) is **AF-FIRMED.**